# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| TARIQ MUHAMMAD, | : |
| | : Case No. 3:18-cv-00341 |
| Plaintiff, | : |
| | : District Judge Thomas M. Rose |
| vs. | : Magistrate Judge Sharon L. Ovington |
| | : |
| LOVE'S TRAVEL STOPS AND | : **DECISION AND ENTRY** |
| COUNTRY STORES, INC., | : |
| *et al.*, | : |
| | : |
| Defendants. | : |

The Court has conducted a de novo review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #14), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Report and Recommendations docketed on May 22, 2019 (Doc. #14) is ADOPTED in full;

2. Defendants' Motion to Dismiss Plaintiff's Complaint (Doc. #5) is GRANTED in part, and Plaintiff's Title-VII claims against Defendants Perkins, Touhey, and Hunter in their individual capacities are DISMISSED;

3. Defendants' Motion to Dismiss Plaintiff's Complaint (Doc. #5) is denied without prejudice in remaining part; and,

4. Defendants' Alternative Motion for A More Definite Statement (Doc. #5) is GRANTED. Plaintiff may file a First Amended Complaint as described in the Report and Recommendations **by June 24, 2019.**

June 10, 2019  \*s/Thomas M. Rose

 Thomas M. Rose
 United States District Judge