# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| Tariq Muhammad, | : | Case No. 3:18-cv-00341 |
| Plaintiff, | : | District Judge Thomas M. Rose |
| vs. | : | Magistrate Judge Sharon L. Ovington |
| Love's Travel Stops and Country Stores, Inc., *et al.*, | : | |
| Defendants. | : | |

## ORDER

The Court previously granted Defendants' Motion for More Definite Statement and provided Plaintiff until June 24, 2019 to file his Amended Complaint. Plaintiff, however, has not filed an Amended Complaint. He is therefore **ORDERED** to file his Amended Complaint **on or before July 12, 2019**. Plaintiff is placed on notice that in the event he fails to timely respond to this Order, this case may be dismissed for failure to prosecute.

June 28, 2019 *s/Sharon L. Ovington*
Sharon L. Ovington
United States Magistrate Judge