UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| TARIQ MUHAMMAD, | : | Case No. 3:18-cv-00341 |
| | : | |
| Plaintiff, | : | District Judge Thomas M. Rose |
| | : | Magistrate Judge Sharon L. Ovington |
| vs. | : | |
| | : | |
| LOVE'S TRAVEL STOPS AND | : | |
| COUNTRY STORES, INC., *et al.*, | : | |
| | : | |
| Defendants. | : | |

## DECISION AND ENTRY

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. 18), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, this Court hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on September 12, 2019 (Doc. 18) is ADOPTED in full;

2. Defendant's Motion to Dismiss (Doc. 17) is GRANTED;

3. Plaintiff's Complaint is DISMISSED WITH PREJUDICE; and

4. This case is TERMINATED on the docket of this Court.

**DONE** and **ORDERED** in Dayton, Ohio, this Friday, September 27, 2019.

s/Thomas M. Rose
_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE