# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | | |
|---|---|---|
| Tariq Muhammad | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  3:18-CV-341 |
| Love's Travel Stops and Country Stores, Inc. | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:    Judgment in favor of Defendants and against Plaintiff; Defendant's Motion to Dismiss, document 17 is
granted, Plaintiff's complaint is dismissed with prejudice, case teminated on the Court's docket.
.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge    Thomas M. Rose _____ on a motion for
Dismissal
.

Date:    9/27/19

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*